IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH,

    Plaintiff,

vs.                                             3:00cv566/LAC/SMN

AMERICAN GENERAL LIFE AND
ACCIDENT INSURANCE,

    Defendant.
_____/

## O R D E R

Plaintiff, who proceeds pro se, has filed a complaint asserting violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and the Americans with Disabilities Act. He has paid the appropriate filing fee.

First, plaintiff has failed to use forms provided by the court for filing his complaint. Local Rule 5.1(J)(2) for the Northern District of Florida states that the court will not accept for consideration a complaint filed by a pro se litigant asserting jurisdiction under 28 U.S.C. §§ 1331 and 1346 unless the appropriate complaint form is completed. Thus plaintiff must file his complaint on the form for use in such cases, even if he wants to attach separate pages explaining the facts that underlie the complaint.

In addition, with respect to his Title VII claim, plaintiff has failed to provide a copy of his "right to sue letter" from the Equal Employment Opportunity Commission

("EEOC"). Title VII states that a suit may be brought only within 90 days after receipt of notice of the right to sue from the EEOC. 42 U.S.C. § 2000e-5(f)(1). Thus plaintiff must submit a copy of this letter to the court and state when he received the letter.

Finally, the court notes that plaintiff appears to be under the impression that the court will direct service of the complaint by the U.S. Marshal. Absent plaintiff's specific request and the court's express granting of the request for good cause, however, this is not the case. Plaintiff is advised that since he has paid the filing fee it is his responsibility to serve the amended complaint. Therefore, at such time as the court has reviewed plaintiff's amended complaint, as well as his right to sue letter, the court may direct the clerk to issue summons and provide plaintiff with information regarding his effecting service of the complaint himself.

Accordingly, it is ORDERED:

1.  The clerk of court is directed to forward to plaintiff a Title VII form and return to him the copy of his complaint.

2.  Plaintiff shall have **thirty (30) days** in which to file an amended complaint, which shall be typed or clearly written and submitted on the court's Title VII form, along with a copy of his right to sue letter. On the Title VII complaint form plaintiff may also include any claims he wishes to assert under 42 U.S.C. § 1981 and the Americans with Disabilities Act.

3.  Failure to submit an amended complaint and right to sue letter as instructed will result in a recommendation of dismissal of this action.

DONE AND ORDERED this _3rd_ day of January, 2001.

SUSAN M. NOVOTNY
UNITED STATES MAGISTRATE JUDGE