IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
_____ DIVISION

_Thomas Stallworth_

_____

(Name of plaintiff or plaintiffs)

vs.

CASE NO. _3:00cv566/LAC/SMN_
(Case number to assigned by the Clerk's Office)

_American General Life and Accident Insurance_

(Name of defendant or defendants)

## MOTION TO PROCEED IN FORMA PAUPERIS

I, _THOMAS E STALLWORTH_, move to proceed in forma pauperis in the above-entitled action; said motion is supported by the attached affidavit of financial status.

Respectfully submitted,

_/s/ Thomas Stallworth_
(Signature of Plaintiff)

3. Defendant, _American General Life and Accident Insurance_ lives
(Defendant's name)

at, or its business is located at _2929 ALLEN PARKWAY_
(Street address)

_HOUSTON_, _HARRIS_, _TEXAS_, _77019_.
(City)         (County)        (State)    (Zip Code)

4. Plaintiff sought employment from the defendant or was employed by the defendant at _375 NORTH PACE BOULEVARD_
(Street address)

_PENSACOLA_, _ESCAMBIA_, _FLORIDA_, _32505_.
(City)         (County)         (State)     (Zip Code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about
_9_   _3_   _99_ .
(day) (month) (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Commission charging defendant with the acts of discrimination indicated in paragraph 8 of this complaint on or about _2_   _1_   _2000_.
           (day)  (month)  (year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on: _9_   _11_   _00_,
                                                      (day) (month) (year)
a copy of which notice is attached to this complaint.

8. Because of plaintiff's (1) _✓_ race, (2) ____ color, (3) ____ sex, (4) ____ religion, (5) ____ national origin, defendant:   (a) ____ failed to employ plaintiff.
              (b) _✓_ terminated plaintiff's employment.
              (c) ____ failed to promote plaintiff.
              (d) ____ _Disability_

2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
_____ DIVISION

Thomas Stallworth
_____
(Name of plaintiff or plaintiffs)

vs.   CASE NO. 3:00cv566 LAC/SMN
(Case number to assigned by the Clerk's Office)

American General Life and
Accident Insurance
_____
(Name of defendant or defendants)

### AFFIDAVIT OF FINANCIAL STATUS

*Provide information where applicable

The undersigned, with knowledge that there are criminal penalties for false statements, makes the following statement regarding my marital status, residence, employment and financial status:

I.   MARTIAL STATUS:
   a.  Single ____  Married ✓  Separated ____  Divorced ____
   b.  Dependents:  Wife ____  Number of Children ____
       Number of other persons you support ____

II. RESIDENCE:

Plaintiff's address: Street **101 East Edgebrook**

City **Houston**, State **TX**, Zip Code **77034**

Telephone Number: **713 910-4965**

III. EMPLOYMENT:

Are you now employed? Yes **✓**   No ____

If now employed: Name of Employer **HISD - PART TIME**

Address of Employer **3830 Richmond Houston, Texas 770**

Employer's Telephone Number: **713 892-7351**

How long have you been employed by present employer? **11 Months**

Income: Monthly $ **1400.00**   or weekly $ ____

What type of work do you do? **Drive School Bus**

IV. FINANCIAL STATUS:

1. Owner of Real Property: Yes ____   No **✓**

   If you answered yes, please complete the following:

   a. Description: ____
   b. Address: ____
   c. In whose name: ____
   d. Estimated value: ____
   e. Total amount owed: ____
      (Owed to: ____  $ ____ )
   f. Annual income from property: ____

2

2.  Other property:

   a.  Car/Truck: Make: **Toyota Camary** Year **89**

   b.  In whose name registered **THOMAS E. STALLWORTH**

   c.  Present value of car/truck: $ **1800.00**

   d.  Amount owed: $ **NONE**

3.  Cash on hand: $ **5000.00**

   a.  Cash in banks/credit unions/savings & loan associations: $ _____

   b.  Names and addresses of banks/credit unions/savings & loan associations: **First Educators Credit Union  4411 South Wayside Drive  Houston, Texas 77087**

4.  Obligations:

   a.  Monthly mortgage payments on house: $ _____

   b.  Monthly rental on house or apartment: $ **465.00**

   c.  Other debts:

| To Whom Owed | Amount |
|---|---|
| American Express | $ 941.57 |
| Capital One Visa | $ 847.47 |
| Houston Light & Power | $ 75.00 |
| Southwestern Bell | $ 15.52 |
| Medical | $ 2500.00 |
| Total monthly payments on debts: | $ 4844.56 |

3

5.  Sources of income other than those listed above:

    (a) Payments for support assistance such as A.F.D.C., Social Security Disability benefits, etc.:

    $ __N/A__ per week    $ _____ per month.

    (b) Retirement benefits including Social Security:

    $ __N/A__ per week    $ _____ per month.

    (c) List all income received by your spouse, if any:

    $ _____ per week    $ __900.00__ per month.

    (d) Do you receive any alimony, child support payments or any funds from a family member?   Yes _____   No __✓__

    If yes, list the amount $ _____ per week;

    $ _____ per month.

    (e) Other income (royalties, dividends, interest, etc.)

    List type of income  Residuals                          Amount
    ColumBiaN LiFE INS Company             $ __35.88__
                                           $ _____
                                           $ _____
                                           $ _____
                                           $ _____
                                           $ _____
                                           $ _____
                                           $ _____
                                           $ _____
                                           $ __35.88__

4

6. Other information pertinent to plaintiff's financial status: (List any stocks, bond, interest in trust, either owned or jointly owned or in which plaintiff has a beneficial interest.)

NONE

Respectfully submitted,

_(signature)_
(Signature of Plaintiff)

February 2, 2001
(Date)

5

**AFFIDAVIT OF PLAINTIFF**

1.  I, _Thomas Stallworth_, the plaintiff in the aforementioned cause, do swear and affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

2.  Moreover, I do understand that this complaint and these affidavits will become an official part of the United States District Court files and that <u>any false statements</u> knowingly made by me, are illegal and may subject me to criminal penalties.

_____
(Signature of plaintiff)

S. G. GALAVIS
MY COMMISSION EXPIRES
August 17, 2004