IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
_____ DIVISION

_Thomas Stallworth_

_____

(Name of plaintiff or plaintiffs)

vs.

CASE NO. _300CV566LAC/SMN_
(Case number to assigned by the Clerk's Office)

_American General Life_
_and Accident Insurance_

_____

(Name of defendant or defendants)

### REQUEST FOR APPOINTMENT OF COUNSEL

Comes now, _Thomas Stallworth_, Plaintiff in the above styled and numbered matter, and respectfully requests appointment of counsel pursuant to 42 U.S.C. Section (e)(5). In support thereof, Plaintiff will show the following:

1. The Plaintiff has made a diligent effort to employ counsel. (Place a "X" on the appropriate line)

\_\_\_\_\_ CONTACTED PRIVATE ATTORNEYS. (List all attorneys contacted and state why each would not represent you.

_MRS Kelly Greenwood_
_5821 South West Freeway_
_Houston, Texas 77073_
_713 621-0206_
_Because Florida Law_

5

___  CONTACTED LEGAL AID ASSOCIATION. (State when this association was contacted and why it could not assist you.)

MRS K.C. Rodgers

Pensacola, Florida 32501
850 470-9099
Amie Remington said they represent Defendants

___  CONTACTED LOCAL LAWYER REFERRAL SERVICE, if available. (State what assistance was provided)

MR McCloud

Pensacola, Florida 32501
850 444-4444
Mrs Shirley said they don't handle cases like these

II. That Plaintiff is financially unable to hire counsel for the following reasons. (Complete attached motion to proceed in forma pauperis and affidavit of financial status.)

Respectfully submitted,

_____
(Signature of Plaintiff)

2