*7*

THOMAS STALLWORTH

VS                                          3:00cv566 LAC/SMN

AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE

DOCUMENT STRICKEN AND RETURNED TO PLAINTIFF PURSUANT TO #8

*7*