IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH,

    Plaintiff,

vs.                                                3:00cv566/LAC/SMN

AMERICAN GENERAL LIFE AND
ACCIDENT INSURANCE,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon a complaint asserting violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and the Americans with Disabilities Act. Plaintiff has paid the filing fee.

On April 6, 2001, plaintiff was given thirty (30) days in which to file an amended complaint along with a copy of his right to sue letter (doc. 8). He was informed that failure to comply with the court's order would result in dismissal. Plaintiff has not responded to the order and the time for compliance has now elapsed. No pleadings have been filed by plaintiff since March 30, 2001.

Accordingly, it is respectfully RECOMMENDED:

1. This cause of action be dismissed without prejudice for petitioner's failure to follow an order of the court.

2. Judgment should be entered accordingly.

At Pensacola, Florida, this 19th day of June, 2001.

/s/ Susan M. Novotny
SUSAN M. NOVOTNY
UNITED STATES MAGISTRATE JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

01 JUN 19 AM 10:22

FILED

Entered On Docket: June 19, 2001    By: jrm
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: STALLWORTH

9

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within ten days after being served a copy thereof. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).