IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH,

    Plaintiff,

vs.                                                                   3:00cv566/LAC/SMN

AMERICAN GENERAL LIFE AND
ACCIDENT INSURANCE,

    Defendant.

_____/

## ORDER

Upon consideration of the Recommendation of the Magistrate Judge filed pursuant to 28 U.S.C. §636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

This action is DISMISSED without prejudice and judgment shall be entered accordingly.

DONE AND ORDERED this 13th day of July, 2001.

LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

01 JUL 13 PM 3:38

FILED

10

Entered On Docket: July 19, 2001     By: jrm
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: STALLWORTH, SMN