# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

THOMAS STALLWORTH

VS                                                   CASE NO.  3:00cv566/LAC/SMN

AMERICAN GENERAL LIFE AND
ACCIDENT INSURANCE

## JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff take nothing and that this action be DISMISSED without prejudice.

ROBERT A. MOSSING, CLERK

_July 16, 2001_
DATE

Deputy Clerk: Jerry Marbut

Entered On Docket: __JULY 19, 2001__   By: __JRM__
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:__STALLWORTH__

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

01 JUL 16 AM 8: 12

FILED

Document No.  11